Adams v Legacy Carting Corp. (2024 NY Slip Op 04801)

Adams v Legacy Carting Corp.

2024 NY Slip Op 04801

Decided on October 03, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 03, 2024

Before: Kern, J.P., Oing, Kapnick, Kennedy, Shulman, JJ. 

Index No. 25033/17E Appeal No. 2671 Case No. 2023-03810 

[*1]Debbie Adams, Plaintiff-Respondent,
v
Legacy Carting Corp., et al., Defendants-Appellants.

Cheven, Keely & Hatzis, New York (Thomas Torto of counsel), for appellants.
Krieger Wilansky & Hupart, Bronx (Melissa K. Rodriguez of counsel), for respondent.

Order, Supreme Court, Bronx County (Ben R. Barbato, J.), entered on or about June 23, 2023, which denied defendants' motion to vacate the note of issue and compel discovery, unanimously affirmed, without costs.
The court properly denied defendants' motion to vacate the note of issue because it was not timely filed within 20 days of service of the note of issue, as required by 22 NYCRR 202.21(e). Defendants also waived any right to take a further deposition of plaintiff concerning her lumbar spine surgery by failing to take any steps to reschedule the deposition over the course of three years. Furthermore, defendants showed no basis for seeking other medical records relating to medical conditions that were not placed in
issue by plaintiff (see Spencer v Willard J. Price Assoc., LLC, 155 AD3d 592, 592 [1st
Dept 2017]).
We have considered defendants' remaining arguments and find them unavailing.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 3, 2024